JUNE 29, 1949

**No. 53354.**—Hawaiian Oke & Liquors, Ltd. *v.* United States, protest 135553–K.— No action was taken on plaintiff's application for rehearing.

**No. 53355.**—Juillard Cockcroft Corp., dba Juillard, Inc. (protests 117316–K and 127938–K) and Parrott & Co. (protest 118380–K) *v.* United States.— No action was taken on plaintiffs' application for rehearing.

BEFORE THE SECOND DIVISION, JULY 7, 1949

**No. 53356.**—Fine Arts Bag Co., Inc., et al. *v.* United States, protests 103147–K, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that certain items of the merchandise consist of sisal handbags similar in all material respects to those the subject of *United States* v. *Goldberg & Seltzer, Inc.* (36 C. C. P. A. 64, C. A. D. 399), the claim of the plaintiffs was sustained.